Jonathan P. LaCour, Esq. (SBN: 285098)
Lisa Noveck, Esq. (SBN: 316660)
**EMPLOYEES FIRST LABOR LAW P.C.**
225 S. Lake Ave., 3rd Floor
Pasadena, California 91101
Telephone: (310) 853-3461
Facsimile: (949) 743-5442
Email: jonathanl@pierrelacour.com
lisan@pierrelacour.com

Attorneys for Plaintiff, JAMES JOHNSON

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION, INC., an Arizona Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: CV 19-4455-GW-JCx<br><br>JUDGE: Hon. George H. Wu<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[Filed Concurrently with Stipulation]<br><br>Trial Date: April 28, 2020 |

Good cause appearing, IT IS SO ORDERED:

In consideration of the representations made by both parties, it is ordered that the above referenced matter entitled <u>Johnson v. Swift Transportation, Inc.</u>, Case No.: 2:19-cv-04455-GW-JC, be dismissed with prejudice.

Dated: December 17, 2019

*/s/ George H. Wu*
_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

LEGAL:05742-0024/13394924.1

1

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**
**JOHNSON V. SWIFT TRANSPORTATION, INC. ET AL.**